**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

Civil Action Number:  16-cv-20887-SCOLA

ANDRES GOMEZ, On His Own Behalf, and On
Behalf of All Other Individuals Similarly Situated,

       Plaintiffs,

v.

Burlington Coat Factory Direct Corporation
d/b/a Burlington Coat Factory,

       Defendant.

---

## NOTICE OF SETTLEMENT

---

Plaintiff, Andres Gomez, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon execution of a confidential settlement agreement, parties will file a stipulated motion to dismiss this action with prejudice.  Terms of joint stipulation of dismissal on settlement shall include that the court will retain jurisdiction, in compliance with <u>Angano Franchising, Inc. v. Shaz, LLC,.</u> 677 F.3d 1272 (11th Cir. 2012).

Respectfully submitted on this 5th of May, 2016.

<u>s/ Scott R. Dinin</u>
Scott R. Dinin
SCOTT R. DININ P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
Facsimile: (786) 513-7700
Email: inbox@dininlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th of May, 2016, the foregoing **NOTICE OF**

**SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which

caused a copy of the same to be served electronically to:

Maria Kelley
Heart-Burlington Stores
1830 Route 130 North
Burlington, NJ 08016
Email: Maria.Kelly@burlingtonstores.com
*Counsel for Defendant*

*s/ Scott R. Dinin*