UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20887-Civ-Scola

ANDRES GOMEZ, On His Own Behalf,
and On Behalf of All Other Individuals
Similarly Situated,

    Plaintiffs,

vs.

BURLINGTON COAT FACTORY DIRECT CORPORATION,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff ANDRES GOMEZ and Defendant BURLINGTON COAT FACTORY DIRECT CORPORATION stipulate to the dismissal with prejudice of all claims by Plaintiff Andres Gomez against Defendant, with each party to bear its own fees and costs. The court shall retain jurisdiction over this action solely for the purpose of enforcing the terms of the Settlement Agreement entered into by the parties. *Attorneys for Plaintiffs*
Scott R. Dinin, Esq.
Law Offices of Scott R. Dinin, P.A.
4200 N.W. 7th Avenue
Miami, FL 33127
Telephone: 786-431-1333

By: _____
Scott R. Dinin
Email: srd@dininlaw.com
Date: 5/29/2016

*Attorneys for Defendant*

By: _____
Email: Maria.Kelly@burlingtonstores.com
Date: 5/26/16